BEFORE THE FIRST DIVISION, JULY 8, 1965

**No. 69437.**—Keuffel & Esser Co. *v.* United States, protests 64/18441 and 64/19545 (New York).

391

Opinion by WILSON, J. In accordance with stipulation of counsel that the items of merchandise are, in fact, azo salts, the claim of the plaintiff was sustained.